## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Keith A. Putnam, individually and doing
business on behalf of Keith Putnam Trucking
and on behalf of all others similarly situated,

       Plaintiff,　　　　　　　　　　Civil No. 06-2149 (RHK/RLE)

vs.　　　　　　　　　　　　　　　　**ORDER**

Olympic Transport, Inc.,

       Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                                     s/Richard H. Kyle
                                     RICHARD H. KYLE
                                     United States District Judge