# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Keith A. Putnam, individually, doing business on behalf of Keith Putnam Trucking, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Olympic Transport, Inc.,<br><br>Defendant. | Civil No. 06-2149 (RHK/RLE)<br><br>**ORDER** |

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, to which no Objections have been interposed, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

1. The Report and Recommendation (Doc. No. 19) is **ADOPTED**;

2. Plaintiff's Motion for Default Judgment (Doc. No. 5) is **GRANTED**;

3. Plaintiff Keith A. Putnam, individually, doing business on behalf of Keith Putnam Trucking, is awarded against Defendant Olympic Transport, Inc., the sum of $15,995.15 in monetary damages, and reimbursement of court and service fees; and reasonable attorney fees, in the amount of $10,541.25; and with post-judgment interest; and

4. Plaintiff's request for injunctive relief is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 9, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge